JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONGWEI ZHENG, | Case No. 5:26-cv-00675-JGB-RAO |
| Petitioner, | |
| v. | JUDGMENT |
| MARKWAYNE MULLIN,[1] et al., | |
| Respondents. | |

Pursuant to the Joint Report filed by the parties stating that the Petition is moot in light of the granting of Petitioner's temporary restraining order and preliminary injunction, **IT IS ADJUDGED** that the Petition under 28 U.S.C. § 2241 is granted, with no further proceedings, consistent with the reasons and findings set forth in this Court's March 25, 2026 order granting a preliminary injunction (ECF 13).  The Clerk of Court shall close this case.

DATED: April 22, 2026

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Markwayne Mullin, Secretary of Homeland Security, is hereby substituted as respondent.